# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AUTOTRAKK, LLC, | : | No. 4:16-CV-01981 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| AUTOMOTIVE LEASING SPECIALISTS, INC. t/a AMBASSADOR DEALER FUNDING, MICHAEL C. CAFFREY, and GEORGE STAUFFER, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 10th day of July 2017, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss, ECF No. 18, is **GRANTED IN PART AND DENIED IN PART** as follows:

    a. The motion is **GRANTED WITH PREJUDICE** as to the following counts:

       i. Count II (Computer Fraud and Abuse Act)

       ii. Count IX (Civil Conspiracy)

b. The motion is **GRANTED WITHOUT PREJUDICE** as to the following counts:

   i. Count I (Federal Trade Secrets) & Count III (State Trade Secrets)

   ii. Count V (Tortious Interference with Current and Prospective Business Relationships)

   iii. Count VII (Unfair Competition)

c. The motion is **DENIED** as to the following counts:

   i. Count IV (Breach of Fiduciary Duty of Loyalty)

   ii. Count VI (Conversion)

   iii. Count VIII (Unjust Enrichment)

2. Plaintiff is **GRANTED LEAVE** to file an amended complaint **no later than twenty one (21) days** from the date of this Order, and to preserve secrecy, may file any portion of that amendment under seal.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge