# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AUTOTRAKK, LLC, | No. 4:16-CV-01981 |
| Plaintiff. | (Judge Brann) |
| v. | |
| AUTOMOTIVE LEASING SPECIALISTS, INC., MICHAEL C. CAFFREY, GEORGE STAUFFER, | |
| Defendants. | |

## ORDER

**AND NOW**, this 6th day of February 2018, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss, ECF No. 44, is **GRANTED IN PART** and **DENIED IN PART** as follows:

    a. The motion is **DENIED** as to Counts I and II of Plaintiff's Second Amended Complaint, ECF No. 40 ¶¶ 47-65.

    b. The motion is **GRANTED WITH PREJUDICE** as to Count IV of Plaintiff's Second Amended Complaint, ECF No. 40 ¶¶ 72-77.

    c. The motion is **DENIED** as to Count VI of Plaintiff's Second Amended Complaint, ECF No. 4 ¶¶ 82-85.

2. Pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Defendants shall answer Plaintiff's Second Amended Complaint within 14 days of the date of this Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge